**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PHILIP KARES,

    Plaintiff,                                    Case No.: 8:17-cv-01366-EAK-JSS

v.

RETRIEVAL MASTERS CREDITORS
BUREAU, INC.

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff PHILIP KARES and Defendant RETRIEVAL MASTERS CREDITORS BUREAU, INC., by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| */s Patrick W. Maloney* | */s/ Ernest H. Kohlmyer, III* |
| Patrick W. Maloney | Ernest H. Kohlmyer, III |
| Florida Bar No. 101131 | Florida Bar No. 110108 |
| Patrick@BrandonRafool.com | SKohlmyer@shepardsmith.com |
| William Peerce Howard, Esquire | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Florida Bar No. 0103330 | 2300 Maitland Center Parkway, Suite 100 |
| Billy@TheConsumerProtectionFirm.com | Maitland, FL 32751 |
| The Consumer Protection Firm, PLLC | Telephone (407) 622-1772 |
| 210 A South MacDill Avenue | Facsimile (407) 622-1884 |
| Tampa, FL 33609 | *Attorneys for Defendant* |
| Tele: (813) 500-1500 | |
| Fax: (813) 435-2369 | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **July 11, 2018**, via the Court Clerk's CM/ECF system which will provide notice to the following*:* Patrick W. Maloney, Esquire at Patrick@BrandonRafool.com, Brandon Rafool, Esquire at BJR@ BrandonRafool.com, and William Howard, Esquire at billy@theconsumerprotectionfirm.com *(Attorneys for Plaintiff)*.

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No. 110108
SKohlmyer@shepardsmith.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant*